United States Bankruptcy Court
Southern District of Florida

In re:
Valrie Creary Powell
Debtor

Case No. 26-17185-SMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-0 User: admin Page 1 of 4
Date Rcvd: Aug 31, 2026 Form ID: CGFD26 Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valrie Creary Powell, 3501 SW 52nd AVE apt 205, Hollywood, FL 33023-5429 |
| 98670419 | + | Chex Systems, Inc., ATTN: Bankruptcy Department, PO Box 583399, Minneapolis, MN 55458-3399 |
| 98670443 | + | Ideal Collection Servi, P.o. Box 272407, Tampa, FL 33688-2407 |
| 98670452 | + | Pembroke Park Apartments, 3700 SW 52nd Ave, Hollywood, FL 33023-6915 |
| 98670453 | + | Select RX, 6800 W. 115th Street, Suite 2511, Leawood, KS 66211-2205 |
| 98752159 | + | T-MOBILE USA, INC., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 98771659 | | Verizon, by AIS InfoSource LP as agent, PO Box 661380, Dallas, TX 75266-1380 |
| 98670462 | + | We Fl Finance, C/O World Bank, 1818 H Street NW, Washington, DC 20433-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: kpierrelouis@browardtax.org | Sep 01 2026 00:18:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Sep 01 2026 00:17:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| 98670414 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 01 2026 00:25:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 98670415 | + | Email/PDF: bncnotices@becket-lee.com | Sep 01 2026 00:25:07 | Amex, American Express Customer Service, Attn:, P.O. Box 981535, El Paso, TX 79998-1535 |
| 98670416 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 01 2026 00:19:00 | Asset Acceptance, LLC, 320 E. Big Beaver Rd Suite 300, Troy, MI 48083-1271 |
| 98670417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 00:24:55 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 98670418 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 01 2026 00:25:07 | Capitalone, Capital One, Attn: Bankruptcy, P.O. Box 1330, Charlotte, NC 28201-1330 |
| 98670420 | + | Email/Text: BNC_Notices@floridarevenue.com | Sep 01 2026 00:17:00 | Child Support Enforcement, PO Box 8030, Tallahassee, FL 32314-8030 |
| 98670421 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2026 00:25:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 98794296 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 01 2026 00:25:09 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 98670422 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 98670423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |

| | | | | |
|---|---|---|---|---|
| 98670424 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 98670425 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Bank/Marathon, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 98670426 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Bank/Petland, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 98670427 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenity Capital Bank/fFe21 CC, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 98670428 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 01 2026 00:19:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 98670429 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 01 2026 00:20:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 98670430 | + | Email/Text: bankruptcy@credencerm.com | Sep 01 2026 00:20:00 | Credence Resource Management, LLC, Attn: Bankruptcy, Po Box 2300, Southgate, MI 48195-4300 |
| 98670431 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2026 00:24:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 98670432 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 00:24:54 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 98670434 | + | Email/Text: documents@socascades.com | Sep 01 2026 00:18:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 98705388 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2026 00:19:00 | Driveway Finance Corporation, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 98670435 | | Email/Text: bankruptcycourts@equifax.com | Sep 01 2026 00:19:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 98670436 | ^ | MEBN | Sep 01 2026 00:14:35 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 98670437 | | Email/Text: BNSFN@capitalsvcs.com | Sep 01 2026 00:18:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 98670438 | | Email/Text: BNC_Notices@floridarevenue.com | Sep 01 2026 00:17:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0110 |
| 98670439 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 01 2026 00:24:51 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 98670440 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 01 2026 00:20:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 98670441 | ^ | MEBN | Sep 01 2026 00:16:01 | Honorable Merrick Garland, Attorney General, Dept of Justice #4400, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 98772686 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 01 2026 00:20:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 98670442 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 01 2026 00:20:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 98670433 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2026 00:19:00 | Department of the Treasury, PO Box 21126, Philadelphia, PA 19114 |
| 98747859 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2026 00:19:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 98670445 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2026 00:19:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 98771640 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 01 2026 00:24:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 98670446 | + | Email/Text: Documentfiling@lciinc.com | Sep 01 2026 00:18:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 98670447 | ^ | MEBN | Sep 01 2026 00:16:24 | Lending USA, Attn: Bankruptcy Dept, 15303 Ventura Blvd, Suite 850, Sherman Oaks, CA 91403-6630 |
| 98713684 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 01 2026 00:24:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 98670451 | | Email/Text: ml-ebn@missionlane.com | Sep 01 2026 00:18:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 98670448 | ^ | MEBN | Sep 01 2026 00:16:40 | Memorial Healthcare System, 2900 Corporate Way, Miramar, FL 33025-3925 |
| 98670449 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 01 2026 00:18:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 98778000 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2026 00:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 98670450 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 01 2026 00:19:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 98753261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2026 00:25:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 98788939 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2026 00:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 98670454 | | Email/Text: mhslegal@mhs.net | Sep 01 2026 00:19:00 | South Broward Hospital District, 3111 Stirling Road, Fort Lauderdale, FL 33312 |
| 98670455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2026 00:25:05 | Syncb/walm, Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965065, Orlando, FL 32896-5065 |
| 98670456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2026 00:24:47 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 98670457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2026 00:24:47 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 98670458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 01 2026 00:24:55 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 98670459 | + | Email/Text: bncmail@w-legal.com | Sep 01 2026 00:19:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 98670460 | ^ | MEBN | Sep 01 2026 00:13:29 | Transunion, Attn: Bankruptcy Dept., P.O. Box 2000, Chester, PA 19016-2000 |
| 98670461 | | Email/Text: USAFLS.Bankruptcy@usdoj.gov | Sep 01 2026 00:18:00 | US Attorney Southern District, c/o Hon. Jason A. Reding Quinones, 99 NE 4th St, Miami, FL 33132 |
| 98670463 | | Email/Text: membersolutions@wefloridafinancial.com | Sep 01 2026 00:18:00 | We Florida Financial, 1982 North State Road 7, Margate, FL 33063 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98670444 | * | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 98756740 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jose A Blanco | on behalf of Debtor Valrie Creary Powell eservice@blancopa.com Blanco.JoseA.R105197@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |

TOTAL: 3

**CGFD26** (6/01/2026)

**ORDERED in the Southern District of Florida on August 31, 2026**

**Scott M Grossman**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
**www.flsb.uscourts.gov**

**Case Number: 26–17185–SMG**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Valrie Creary Powell
aka Valrie Powell, aka Valrie C Powell
3501 SW 52nd AVE apt 205
Hollywood, FL 33023

SSN: xxx–xx–4204

**ORDER CONFIRMING CHAPTER 13 PLAN**

This case came before the court on 8/13/2026 for confirmation of the debtor's chapter 13 plan. Based on the record, including the Debtor "Certificate of Compliance and Request for Confirmation of Chapter 13 Plan" it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan complies with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed.

2. Any claim entitled to priority under 11 U.S.C. § 507 must be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

---

[1] All references to "debtor" includes both debtors in a joint case.

3. The debtor's first monthly payment to the trustee under the plan was required to commence not later than 30 days following May 31, 2026, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The trustee must begin disbursement to creditors under the Plan as soon as practicable upon entry of this order.

4. If the plan does not provide for payments to a secured creditor, the plan provides for surrender of the property secured by the secured creditor's claim or the plan provides for direct payment of the secured creditor's claim outside of the plan, that secured creditor is granted in rem stay relief as to the debtor and in rem stay relief from the co−debtor stay to pursue available state court remedies against any property of the debtor that secures the creditor's claim. The filing of a motion to modify a plan does not operate as a stay of any action against property of the debtor that is not subject to the automatic stay absent further court order.

5. Any executory contract or unexpired lease of the debtor that has not been assumed pursuant to court order before entry of this order, or that is not assumed under the plan confirmed by this order, is rejected upon entry of this order. Any proof of claim for damages arising from the rejection must be filed no later than the latest to occur of: (1) the time to file a proof of claim under Bankruptcy Rule 3002(c) or (2) 28 days after entry of this order.

6. The following provisions apply if the confirmed plan provides for payment to one or more holders of tax certificates on property of the debtor:

    A. To ensure that the records of the county tax collector credit amounts received by certificate holders, upon receipt of information under paragraph B, the tax collector is ordered to adjust the county tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the chapter 13 trustee to certificate holders under the confirmed plan.

    B. The tax collector must be served with any order entered post−confirmation that (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the tax collector must request a ledger from the chapter 13 trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the chapter 13 trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the tax collector is enjoined from accepting a redemption payment for any certificate that is included in the plan. This injunction will dissolve without further court order if (a) one of the orders listed in paragraph B is entered; and (b) the county has complied with the requirements in paragraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the chapter 13 trustee's ledger.

7. Under Local Rule 1017−1(c)(2), if the debtor fails to timely make any payment to the trustee under the confirmed plan, the trustee may serve a notice of delinquency on the debtor and the debtor's attorney. The debtor may cure any delinquency by making all past−due payments due under the plan within 45 days after service of a notice of delinquency (including making any payments that become due within the 45−day period). The case may be dismissed without further notice or hearing upon the trustee filing a report of noncompliance based on the debtor's failure to cure a delinquency and remain current on the plan by the 45th day after service of the notice of delinquency.

8. Any nonstandard provisions not set forth in section IX of the plan are void.

9. The debtor must promptly disclose to the trustee all material changes in the Debtor's financial circumstances, including, but not limited to, inheritances, personal injury settlements, new or additional employment, loss of employment, or reduction in or increase of income.

The clerk is directed to serve a copy of this order on all parties of record.

*# # #*